# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Ursula Y. Lawson McIntosh, et. al.,
    Plaintiffs

vs                                                 Case No. 1:09-cv-274-SAS-TSH
                                                    (Spiegel, Sr. J.; Hogan, M. J.)

Butler County Children's Services
Board, et. al.,
    Defendants

## REPORT AND RECOMMENDATION

On March 24, 2010, this Court issued a Report and Recommendation that Defendants' motion for judgment on the pleadings be granted in part and denied in part. (Doc. 30). This Court's Report and Recommendation noted that:

> Although 28 U.S.C. § 1654 provides that in "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel," the statute does not permit plaintiffs to appear pro se where interests other than their own are at stake. *Shepherd v. Wellman*, 313 F.3d 963, 970 (6th Cir. 2002); *Crawford*, 2007 WL 2772740 at *3; *Gonzales v. Wyatt*, 157 F.3d 1016, 1021 (5th Cir. 1998). "Consequently, in a civil rights action, parents cannot appear pro se on behalf of their minor children because a minor's cause of action is her own and does not belong to her parent or representative." *Crawford*, 2007 WL 2772740 at *3 (quoting *Shepherd*, 313 F.3d at 970)(internal quotations omitted). Accordingly, neither plaintiff Ursula Lawson McIntosh, nor plaintiffs Thomas or Linda Lawson may represent the minor children named as parties plaintiff in this action. *Id.*

(Doc. 30, p. 12). The Court provisionally granted plaintiffs' motion for assistance in obtaining counsel, and referred the case to the VLP, noting that, "[i]f the VLP is unable to secure representation, the Court will recommend that the claims asserted on behalf of plaintiffs N.M., H.M. and B.M. be dismissed without prejudice. *See Crawford*, 2007 WL 2772740 at *3." (Id., pp. 12, 14).

The Court has received correspondence from the VLP indicating that they are unable to refer plaintiffs to an attorney. (Doc. 37).

Accordingly, IT IS HEREBY RECOMMENDED THAT the motion to appoint counsel for plaintiffs N.M., H.M. and B.M. be DENIED and that the claims asserted on behalf of plaintiffs N.M., H.M. and B.M. be DISMISSED, WITHOUT PREJUDICE.

Timothy S. Hogan
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

---

Ursula Y. Lawson McIntosh, et. al.,
    Plaintiffs

vs                                                   Case No. 1:09-cv-274-SAS-TSH
                                                       (Spiegel, Sr. J.; Hogan, M. J.)

Butler County Children's Services
Board, et. al.,
    Defendants

## NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), within fourteen (14) days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ursula Y Lawson McIntosh
PO Box 421148
Middletown, OH 45044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0000 8389 8206

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas C.W. Lawson Sr.
Linda S. Lawson
610 14th Ave
Middletown, OH 45044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0000 8389 8213

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

1:09 cv 274   (Doc. 39