UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| URSULA Y. LAWSON/MCINTOSH, et al., | : | NO. 1:09-CV-00274 |
| Plaintiffs, | : | |
| v. | : | **ORDER ADOPTING** |
| | : | **SEPTEMBER 2, 2011** |
| BUTLER COUNTY CHILDREN'S SERVICE BOARD, et al., | : | **REPORT AND RECOMMENDATION** |
| Defendants. | : | |

This matter is before the Court on the Magistrate Judge's September 2, 2011 Report and Recommendation (doc. 68). Plaintiffs Ursula Y. Lawson and William Thomas Lawson were granted a thirty (30)-day extension of time, to through and including Wednesday, October 19, 2011, in which to file their objections to said Report and Recommendation (doc. 70). However, to date, seven weeks later, no objections have been filed.

Our review of the Magistrate Judge's Report and Recommendation is de novo. 28 U.S.C. § 636(b)(1)(C). We may "accept, reject, or modify, in whole or in part" her findings, "receive further evidence or recommit the matter to the magistrate judge with instructions." Id. Guided by this standard, we find it to be thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's September 2, 2011 Report and Recommendation (doc. 68) and thus GRANTS Defendant [Alisa Pedoto n.k.a. Alisa Muncy]'s Motion for Final Summary Judgment (doc. 60). Therefore, we ORDER that judgment be entered

in favor of remaining Defendant, Alisa Pedoto n.k.a. Alisa Muncy, as a matter of law on all claims brought against her. With this ruling, therefore, we DENY AS MOOT the Motion to Dismiss Linda S. Lawson as Plaintiff (doc. 63) and Defendant [Alisa Pedoto n.k.a. Alisa Muncy]'s Motion to Exclude Plaintiffs from Offering Expert Testimony or Evidence of Damages (doc. 67).

SO ORDERED.

Dated: 12/7/10

S. Arthur Spiegel
United States Senior District Judge